UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**LARRY SNODERLY**                                                                                 **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 4:08CV-149-M**

**DAVID OSBORNE** *et al.*                           `                        **DEFENDANTS**

## **MEMORANDUM OPINION**

Plaintiff, Larry Snoderly, initiated this civil action under 42 U.S.C. § 1983 while incarcerated at the Daviess County Detention Center. After he was released, Plaintiff changed his address of record with the Court. On March 4, 2010, the Clerk of Court mailed Plaintiff two Orders (DNs 22 & 23). On March 15, 2010, the Orders were returned to the Court by the United States Postal Service marked, "RETURN TO SENDER-REFUSED-UNABLE TO FORWARD" (DN 33). Apparently, Plaintiff is not accepting mail at the address he previously provided to the Court.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in his obligations to the Court. Because neither notices from this Court nor filings by

Defendants in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:

cc: Plaintiff, *pro se*
 Taylor County Attorney
 Daviess County Attorney
 Counsel of record

4414.008